**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

EDWARD REEVES, III,                    :    Case No. 2:26-cv-226
                                        :
     Plaintiff,                       :
                                        :
                                        :    District Judge Edmund A. Sargus, Jr.
vs.                                     :    Chief Magistrate Judge Stephanie K. Bowman
                                        :
ANNETTE CHAMBERS-SMITH, *et*            :
*al*.,                                  :
                                        :
     Defendants.                      :

---

### REPORT AND RECOMMENDATION

---

     Plaintiff, an inmate at the Chillicothe Correctional Institution (CCI), has filed a motion for leave to proceed *in forma pauperis* in connection with a pro se civil rights complaint under 42 U.S.C.§ 1983.  (Doc. 1).  Plaintiff's financial affidavit reveals that he has sufficient funds to pay the full filing fee of $405.00 ($350 filing fee and $55 administrative fee) in order to institute this action.  Plaintiff's certified prison trust fund account statement reveals that as of February 4, 2026, Plaintiff had $523.71 on account to his credit at CCI.  (*See* Doc. 1 at PageID 1).

     Because it thus appears that Plaintiff has sufficient funds to commence this action, it is **RECOMMENDED** that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) be **DENIED** and that Plaintiff be ordered to pay the required filing fee of $405.00 within **thirty (30) days** of the date of filing of any Order adopting this Report and Recommendation.

     **IT IS SO RECOMMENDED.**


Date:  March 6, 2026                                *s/Stephanie K. Bowman*
                                                    STEPHANIE K. BOWMAN
                                                    Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

EDWARD REEVES, III,                                    Case No. 2:26-cv-226

    Plaintiff,                                        Sargus, D.J.
                                                      Bowman, M.J.

    v.

ANNETTE CHAMBERS-SMITH, *et al.*,

    Defendants.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within FOURTEEN (14) DAYS after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within FOURTEEN DAYS after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

2