**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**EDWARD REEVES, III,**

      **Plaintiff,**

      **v.**

**ANNETTE CHAMBERS-SMITH,** *et al.*,

      **Defendants.**

**Case Number 2:26-cv-226**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Stephanie K. Bowman**

**ORDER**

This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on March 6, 2026. (ECF No. 3.) The Magistrate Judge recommends that the Court deny Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1) and order Plaintiff to pay the required filing fee of $405.00 within thirty days of the date of filing of any Order adopting the Report and Recommendation. (ECF No. 3.)

Plaintiff Edward Reeves, III, an inmate at the Chillicothe Correctional Institution (CCI), filed a Motion for Leave to Proceed *in forma pauperis* in connection with a *pro se* civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1.) The Magistrate Judge observed that Plaintiff's financial affidavit shows he has sufficient funds to pay the full filing fee of $405.00. (ECF No. 3.) Plaintiff's certified prison trust fund account statement shows that, as of February 4, 2026, Plaintiff had $523.71 on account to his credit at CCI. (*See* ECF No. 1, PageID 1.) Therefore, the Magistrate Judge recommended that Plaintiff's Motion for Leave to Proceed *in forma pauperis* be denied and that Plaintiff be ordered to pay the required filing fee of $405.00. (ECF No. 3.)

Once a magistrate judge issues a report and recommendation, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to file written objections to a magistrate judge's report and recommendation waives a *de novo* determination by the district court of any issues addressed in the report and recommendation. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Plaintiff was advised of his right to object to the Report and Recommendation and of the consequences of failing to do so. (ECF No. 3, PageID 89.) Plaintiff did not object to the Report and Recommendation.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (ECF No. 3) and **DENIES** Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1).

In her Report and Recommendation, the Magistrate Judge recommends that the Court order Plaintiff to pay the required filing fee of $405.00 within thirty days of any Order adopting the Report and Recommendation. (ECF No. 3.) The docket reflects that Plaintiff paid the filing fee on April 14, 2026. As such, this recommendation is now moot.

Finally, while the Magistrate Judge's Report and Recommendation was pending, Plaintiff moved for additional time to pay the filing fee. (ECF No. 5.) Plaintiff was not obligated to pay the filing fee until this Court issued an Order on the Magistrate Judge's Report and

2

Recommendation. Because Plaintiff paid the filing fee on time, the Court **DENIES AS MOOT** his Motion for Additional Time to Pay Filing Fee. (ECF No. 5)

To sum, the Court **ADOPTS** and **AFFIRMS** (ECF No. 3) the Magistrate Judge's Report and Recommendation, **DENIES** (ECF No. 1) Plaintiff's Motion for Leave to Proceed *in forma pauperis*, and **DENIES AS MOOT** (ECF No. 5) Plaintiff's Motion for Additional Time to Pay Filing Fee.

This case remains open.

**IT IS SO ORDERED.**

4/16/2026                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                               **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**